UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RED BERYL, INC.,

    Plaintiff,

v.                                   Case No. 8:13-cv-148-T-33EAJ

SARASOTA VAULT DEPOSITORY, INC.,
PRIVATE CAPITAL GROUP, INC., and
SUMMIT DEVELOPERS, LLC,

    Defendants.
_____/

**ORDER**

On February 14, 2013, Defendant Sarasota Vault Depository, Inc. filed Notices reflecting that it consents to its Motion to Dismiss or Abstain (Doc. # 5) being decided by the Magistrate Judge (Doc. # 7) and that it also consents to the jurisdiction of the Magistrate Judge for the resolution of all further proceedings. (Doc. # 8).

This Court takes the opportunity to explain that Magistrate Judges are only authorized to preside over civil cases and to finally decide dispositive motions when <u>all</u> of the parties voluntarily consent. This means that Sarasota Vault's requests for a Magistrate Judge to decide its Motion to Dismiss and to preside over the case, standing alone, are not sufficient to authorize the Magistrate Judge in this case, Elizabeth A. Jenkins, to decide the Motion to Dismiss or to

exercise jurisdiction over the case.

In the instance that each party in this case agrees to the jurisdiction of the Magistrate Judge, each party should sign the Magistrate Judge Consent Form, and the executed Form should be filed with this Court. In addition, if the parties do not consent to the Magistrate Judge deciding the entire case, but do agree that the Magistrate Judge should decide the Motion to Dismiss, the parties may execute and file the appropriate Form reflecting their consent to the Magistrate Judge's final disposition of the Motion to Dismiss. The Clerk is directed to furnish a copy of these two Forms to the parties.[1]

The parties are not required to consent to the jurisdiction of the Magistrate Judge and are likewise not required to consent to the disposition of the Motion to Dismiss by the Magistrate Judge.[2] If the parties do not unanimously consent to the jurisdiction of the Magistrate Judge, the undersigned District Judge will continue to preside over this case. Similarly, if the parties do not unanimously

---

[1] The Court previously furnished these Forms to the parties as an attachment to the Track Notice. (Doc. # 2).

[2] The jurisdiction of the Magistrate Judge is explained in Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636.

2

consent to the Magistrate Judge's resolution of the Motion to Dismiss, the Undersigned District Judge will decide that Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to furnish the Magistrate Judge Consent Forms to each party in this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of February 2013.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: all parties of record

3